**Order entered April 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00366-CV

## IN RE HYDROSCIENCE INC, AND DWIGHT M. FRANCIS, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-3690**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relators' motion for temporary relief and relators' supplemental motion for temporary relief. We **ORDER** relators to bear the costs of this original proceeding.

/s/    CRAIG STODDART
        JUSTICE